## UNITED STATES DISTRICT COURT FOR THE
## SOUTHERN DISTRICT OF FLORIDA

CASE NO. 18-21962-CIV-ALTONAGA/GOODMAN

NESTOR KOVALIVKER and ROMINA
BUONTEMPO

    Plaintiff(s),

vs.

TEAM REAL ESTATE MANAGEMENT,
LLC.; TEAM REAL ESTATE
DEVELOPMENT, LLC., CHRISTIAN
FINKELBERG, RUBEN SANTURIAN,
DIEGO BESGA, MARCELO SCHAMY,
VALERIA SEMINARA, HIGHLAND
FOREST INVESTMENTS, LLC., DARIN
WADE MELLINGER, P.A., d/b/a
MELLINGER LLP and DARIN WADE
MELLINGER

    Defendant(s).
_____/

## NOTICE OF CHANGE OF ADDRESS

**YOU ARE HEREBY NOTIFIED** that effective October 19, 2020, counsel for the Defendants, TEAM REAL ESTATE MANAGEMENT, LLC, CHRISTIAN FINKELBERG and VALERIA SEMINARA, address has changed as follows:

**Marshall Dennehey**
2400 East Commercial Boulevard
Suite 1100
Fort Lauderdale, FL 33308
**(Phone and fax number will remain the same)**

**MARSHALL, DENNEHEY,**
**WARNER, COLEMAN & GOGGIN**
Counsel for Team Real Estate Management, LLC,
Christian Finkelberg and Valeria Seminara
100 Northeast Third Avenue, 11th Floor
Fort Lauderdale, FL 33301
Telephone No.: (954) 847-4920
Facsimile No.: (954) 627-6640

By:     s/ Jonathan E. Kanov
        Jonathan E. Kanov, Esq.
        Florida Bar Number: 091413
        Email: jekanov@mdwcg.com
        Secondary: kafriday@mdwcg.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on November 3, 2020, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system. I further certify that I e-mailed or mailed the foregoing document and the notice of electronic filing to all counsel of record or pro se parties of record, either via transmission of Notices of Electronic Filing generated by CM/ECF or by U.S. mail for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

## SERVICE LIST

| | |
|---|---|
| Humberto Rubio, Jr., Esq.<br>M. Arabella Puentes, Esq.<br>Law Firm of Rubio & Associates<br>8950 SW 74th Ct., Suite 1804<br>Miami, FL  33156<br>hrubio@rubiolegal.com<br>apuentes@rubiolegal.com<br>info@rubiolegal.com<br>***Counsel for Plaintiffs*** | Anthony Accetta, Esq.<br>Law Offices of Anthony Accetta, P.A.<br>135 San Lorenzo Avenue, PH 820<br>Coral Gables, FL  33146<br>law@anthonyaccetta.com<br>paralegal@anthonyaccetta.com<br>charles@anthonyaccetta.com |
| Mark R. Osherow, Esq.<br>Osherow, PLLC<br>2101 NW Corporate Blvd., Suite 410<br>Boca Raton, FL  33431<br>mark@osherowpllc.com<br><br> ***Counsel for Defendants Darin Wade Mellinger***<br>***and Darin Wade Mellinger, P.A.*** | Michael J. Schlesinger, Esq.<br>Aaron S. Finesilver, Esq.<br>Michael j. Krzywicki, Esq.<br>Schlesinger Law Group<br>800 Brickell Avenue, Suite 1400<br>Miami, FL  33131<br>mjs@mjsjd.com<br>afinesilver@mjsjd.com<br>mkrzywicki@mjsjd.com<br>eservice@mjsjd.com<br>***Counsel for Defendant Marcelo Schamy*** |
| George A. Minski, Esq.<br>Law Offices of George A. Minski, P.A.<br>2475 Hollywood Blvd.<br>Hollywood, FL  33020<br>gminski@minskilaw.com<br>dgomez@minskilaw.com<br>***Counsel for Defendant Ruben Santurian*** | |